G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
emurphy@fgppr.com

Attorneys for Defendant
NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MALIK ALROBIAI individually and dba DOLLAR CITY,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHFIELD INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | CASE NO. 1:17-CV-00277-AWI-BAM<br><br>**ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY**<br><br>Complaint Filed: January 17, 2017<br>Trial: November 6, 2018 |

**FOR GOOD CAUSE SHOWN:**

The stipulation between the parties to extend the time for expert discovery to allow the parties to engage in settlement discussion is APPROVED.

IT IS HEREBY ORDERED that:

1. Expert Disclosures currently set for March 23, 2018 are continued to April 27, 2018;

2. Supplemental Expert Disclosures currently set for April 13, 2018 are continued to May 15, 2018; and

1

ORDER RE STIPULATION TO EXTEND EXPERT DISCOVERY;
CASE NO. 1:17-CV-00277-AWI-BAM

3. Expert Discovery currently set to close on May 25, 2018 is continued until June 12, 2018.

All other dates in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: **March 13, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE