G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
emurphy@fgppr.com

Attorneys for Defendant
NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MALIK ALROBIAI individually and dba DOLLAR CITY,<br><br>Plaintiffs,<br>vs.<br><br>NORTHFIELD INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | Case No. 1:17-CV-00277-AWI-BAM<br><br>STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY<br><br>Complaint Filed: January 17, 2017<br>Trial: November 6, 2018 |

The Court, having considered the parties' Stipulation to modify the Scheduling Order, finds that good cause exists to continue the expert discovery deadlines. Accordingly, IT IS HEREBY ORDERED that:

1. The Expert Disclosure deadline is CONTINUED to May 25, 2018;

2. The Rebuttal Expert Disclosure deadline is CONTINUED to June 5, 2018;

3. The Expert Discovery deadline is CONTINUED to June 19, 2018;

4. This brief extension of time to complete expert discovery does not alter the date of any other event or deadline previously set by the Court's scheduling order. (Docs. 10, 13).

IT IS SO ORDERED.

Dated: **April 17, 2018**          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500