<mark>FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500</mark>

EDWARD L. FANUCCHI, Esq. #040786
QUINLAN, KERSHAW & FANUCCHI, LLP
2125 Merced Street
Fresno, California 93721
Telephone: (559) 268-8771
Facsimile: (559) 268-5701

Attorneys for Plaintiffs, Malik Alrobiai individually and dba Dollar City

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MALIK ALROBIAI individually and dba DOLLAR CITY,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHFIELD INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | **CASE NO. 1:17-CV-00277-AWI-BAM**<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNTIL AFTER MEDIATION SCHEDULED FOR AUGUST 28, 2018;**<br><br>**Complaint Filed: January 17, 2017**<br>**Trial: November 6, 2018**<br><br>[The Honorable Anthony W. Ishi] |

Plaintiff MALIK ALROBIAI INDIVIDUALLY and DBA DOLLAR CITY and Defendant NORTHFIELD INSURANCE COMPANY, by and through their attorneys of record herein, hereby stipulate to the following:

1. In light of mediation currently scheduled in this matter for August 28, 2018 before the Honorable Patrick O'Hara (Ret.) and in light of the parties' mutual affirmations to utilize their best efforts to resolve this

STIPULATION; CASE
NO. 1:17-CV-00277-
AWI-BAM                                                             1

matter at that mediation;

2. The parties hereby stipulate to continue the hearing date on Defendant's Motion for Partial Summary Judgment, currently set for July 30, 2018 to **September 17, 2018, 1:30 p.m. in Courtroom 2**. In conjunction with that date, any opposition to Defendant's Motion must be filed by Plaintiff on or before September 3, 2018 and Defendant's Reply filed on or before September 10, 2018.

DATED: July 16, 2018        **FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**

By: /s/ *Edward P. Murphy*
     Edward P. Murphy

Attorneys for Defendant NORTHFIELD INSURANCE COMPANY

DATED: July 16, 2018        **QUINLAN, KERSHAW & FANUCCHI, LLP**

By: /s/ *Edward L. Fanucchi*
     Edward L. Fanucchi

Attorneys for Plaintiffs MALIK ALROBIAI individually and dba DOLLAR CITY

IT IS SO ORDERED.

Dated: July 17, 2018        _____
                                        SENIOR DISTRICT JUDGE

STIPULATION; CASE NO. 1:17-CV-00277-AWI-BAM      2