G. EDWARD RUDLOFF, JR. (SBN 56058)
EDWARD P. MURPHY (SBN 182778)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
emurphy@fgppr.com

Attorneys for Defendant
NORTHFIELD INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MALIK ALROBIAI individually and dba DOLLAR CITY,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHFIELD INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | **CASE NO. 1:17-CV-00277-AWI-BAM**<br><br>[**PROPOSED**] **ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE**<br><br>**Complaint Filed: January 17, 2017**<br>**Trial: November 6, 2018**<br><br>[Hon. Anthony W. Ishii] |

**FOR GOOD CAUSE SHOWN:**

The stipulation between the parties to continue the Pre-Trial Conference is APPROVED.

IT IS SO ORDERED that the Pre-Trial Conference currently set for September 6, 2018 is continued to September 27, 2018.

IT IS SO ORDERED.

Dated: __August 22, 2018__  _____
　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE